IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM P. FAUST et al.,

    Plaintiffs,

v.                                    Case No. 1:21-cv-00548-WCG

THOMAS J. VILSACK et al.,

    Defendants.

## PLAINITFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs move, pursuant to Fed. R. Civ. P. 65, for a preliminary injunction prohibiting Defendants from using race as a factor in the loan forgiveness program authorized by Section 1005 of the American Rescue Plan of 2021. The grounds for this motion are set forth in Plaintiffs' Memorandum in Support of a Temporary Restraining Order and Preliminary Injunction and the supporting declarations.

Dated: June 3, 2021

WISCONSIN INSTITUTE FOR LAW & LIBERTY
Rick Esenberg
rick@will-law.org

/s/ *Daniel P. Lennington*
Daniel P. Lennington
dan@will-law.org
Luke N. Berg
luke@will-law.org
Kate Spitz
kate@will-law.org
330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414)727-6385
