IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM P. FAUST et al.,

    Plaintiffs,

    v.                                                      Case No. 1:21-cv-00548-WCG

THOMAS J. VILSACK et al.,

    Defendants.

PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO FILE EXCESS PAGES

    Plaintiffs do not oppose Defendants' motion for leave to file an oversized brief, provided that Plaintiffs be permitted an additional 48-hours to respond to the additional materials. Plaintiffs' counsel explained this position to the government's attorney, but the government's attorney responded that the TRO was set to expire on June 23; therefore, an extension was impossible. Now, in its motion, the government correctly concedes that the TRO will not expire because it "remains in effect until the Court rules on Plaintiffs' Motion for a Preliminary Injunction." Dkt. 27, ¶3.

    Given the government's clarification concerning its belief in the continued validity of the TRO, Plaintiffs do not oppose the government's request for an oversized brief, so long as Plaintiffs are permitted to file a 20-page reply brief on June 23, instead of the current deadline of June 21.

Dated: June 15, 2021

WISCONSIN INSTITUTE FOR LAW & LIBERTY

Rick Esenberg
rick@will-law.org

/s/ *Daniel P. Lennington*

Daniel P. Lennington
dan@will-law.org
Luke N. Berg
luke@will-law.org
Kate Spitz
kate@will-law.org
330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414)727-6385
