# EXHIBIT I
# DECLARATION OF MYKIA XIONG

# DECLARATION OF MAYKIA XIONG

My name is Maykia Xiong and I am a Hmong farmer in North Carolina. I am over the age of 18 and fully competent to make this declaration. In support of this Declaration, I offer the following:

1. I have a substantial interest in the outcome of this litigation and I am a member of the Farmers of Color Network of the Rural Advancement Foundation International.

2. I live and farm in North Carolina.

3. I am a poultry grower in Moore County and have been raising poultry for more than fifteen years.

4. USDA is the guarantor on my loans with a Farm Credit system commercial lender.

5. As a Southeast Asian refugee and female farmer, I am a "socially disadvantaged farmer" pursuant to 7 U.S.C § 2279 (e)(2).

6. As an Asian farmer, I am eligible for the debt payment pursuant to Section 1005 of the American Rescue Plan, as passed by Congress and signed by President Biden on March 11, 2021.

7. My husband and I took out loans to start our poultry operation and still have several hundred thousand owing on those loans.

8. I am not delinquent in my loan payments.

9. I have participated in NRCS conservation programs.

10. I feel that as a female farmer and an Asian farmer, I am always forced to take an extra step. I have been denied participation in programs and have had to ask multiple times for assistance.

1

2

11.     The coronavirus epidemic has created several kinds of instability in the industry. In the spring of 2020, there were substantial delays with processing facilities, which created disruption with flock size allowances, getting birds to processors and supply of new flocks.

12.     I will be significantly damaged if the payment permitted by Congress is delayed by the action of the Court in this matter.

13.     Poultry growers are always asked to consider upgrades and improvements and it is a constant reality in this industry.

14.     The payment of the guaranteed loan will allow me to continue farming without as much financial pressure.

15.     This payment will also provide me with the ability to consider additional ways to make my farming enterprise more sustainable for my family and community.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ___6-21-2021_____                    Respectfully submitted,

                                                  /s/Maykia Xiong_____
                                                  Maykia Xiong