# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**ADAM P. FAUST, et al.**

                           Plaintiff(s),

                v.                    **TELEPHONE SCHEDULING CONFERENCE**
                                                          Case No. 21-C-548

**THOMAS J. VILSACK, et al.,**

                           Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding        Time Called: 11:00 a.m.
Proceeding Held: July 20, 2021                                Time Concluded: 11:08 a.m.
Deputy Clerk: Cheryl                                                Tape: 072021

**Appearances:**

    **Plaintiff(s):**    Daniel P. Lennington

    **Defendant(s):**    Christian R. Larsen, Kyla Snow and Emily Newton

    **Amicus:**    Randolph Chen

---

The Court notes that the motions to intervene and the government's motion to stay remain pending.

The Court states that the government's motion to stay is based on the class action pending in the Northern District of Texas. The class certification has been granted in the Texas case and plaintiffs may proceed in that case.

Mr. Lennington states that the class action will send notices and there may not be an opt-out provision. Plaintiffs would be a member of that case if they are not able to opt-out. The plaintiffs' stance in this case is that this case should move forward.

The Court inquires if it is not possible to opt-out of a case. Mr. Lennington states that he is researching that question.

Ms. Newton states that conflicting judgments in different/multiple districts pose a problem, therefore, a stay in this case is appropriate.

The Court defers scheduling until the motion to stay is resolved.