IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ADAM P. FAUST, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 21-cv-548-WCG |
| THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*, | ) |
| *Defendants*. | ) |

## JOINT STIPULATION OF DISMISSAL

In light of the repeal of Section 1005, the Parties agree that Plaintiff's challenge to Section 1005 is moot and therefore stipulate to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 9, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Kyla M. Snow*
KYLA M. SNOW (Ohio Bar No. 96662)
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
kyla.snow@usdoj.gov

*Counsel for Defendants*

WISCONSIN INSTITUTE FOR LAW & LIBERTY
Attorneys for Plaintiffs

Rick Esenberg
*rick@will-law.org*

*/s/ Daniel P. Lennington*
Daniel P. Lennington
*dan@will-law.org*
Luke Berg
*luke@will-law.org*
Katherine D. Spitz
*kate@will-law.org*
330 E. Kilbourn, Suite 725
Milwaukee, WI 53202-3141
PHONE: 414-727-9455
FAX: 414-727-6385